**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 14, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-13-00355-CV

## IN RE OLD WORLD INDUSTRIES, LLC; VENTUM ENERGY, L.P.; OLD WORLD MANAGMENT, INC.; VENTUM MANAGMENT, INC.; AND VENTUM OIL & GAS, LP, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-39463**

## MEMORANDUM OPINION

On April 26, 2013, relators, Old World Industries, LLC; Ventum Energy, L.P.; Old World Managment, Inc.; Ventum Managment, Inc.; and Ventum Oil & Gas, LP, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to

compel the Honorable Al Bennett, presiding judge of the 61st District Court of Harris County, to vacate his ruling denying their motion to disqualify the real parties' attorneys.

Relators have not established entitlement to the extraordinary relief of writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.